**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV 13-00261 VAP (SPx)                              Date:  June 13, 2013

Title:   JENNIFER A. SIMMONS -v- COMMISSIONER OF SOCIAL SECURITY
================================================================
PRESENT:       HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| None | None |

PROCEEDINGS:      ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE (IN CHAMBERS)

   On February 11, 2013, Plaintiff Jennifer A. Simmons filed a Writ of Mandamus and Complaint for Injunctive Relief against Defendant Commissioner of Social Security.  Pursuant to Federal Rules of Civil Procedure 4(m), a plaintiff is required to serve all defendants within 120 days after the filing of the complaint.  As of June 12, 2013, Plaintiff has not filed a proof of service for the Defendant in this case.  The Court ORDERS Plaintiff to show cause, in writing, no later than June 24, 2013, why this matter should not be dismissed without prejudice for failure to prosecute.

   **IT IS SO ORDERED.**