O

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER A. SIMMONS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COMMISSIONER OF SOCIAL ) <br> SECURITY, ) <br> ) <br> Defendant. ) <br> _____ | Case No. EDCV 13-00261 VAP (SPx) <br><br> **ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE** |

    On February 11, 2013, Plaintiff Jennifer A. Simmons filed a Complaint (Doc. No. 1) ("Complaint") against Defendant Commissioner of Social Security.

    Since then, Plaintiff has not filed a Proof of Service for the Defendant in this case.  On June 13, 2013, the Court issued an Order to Show Cause ("OSC"), by June 24, 2013, why the action should not be dismissed without prejudice for failure to prosecute. (See Doc. No. 3.)  Plaintiff failed to respond timely to the OSC.

Accordingly, the Court DISMISSES Plaintiff's Complaint without prejudice.

Dated: June 25, 2013

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge

2